# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY RAY GRANT Jr., | Case No. 2:21-cv-01878-JDP (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| PATRICK COVELLO, *et al.*, | ECF No. 17 |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 17.  Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 17, is granted.

2. Plaintiff is granted forty-five days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   September 22, 2022                           _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE