1

2

3

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                           SACRAMENTO DIVISION

12

13

| | |
|---|---|
| **BOBBY RAY GRANT JR.,** | 2:21-cv-01878-WBS-JDP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT S. HERNANDEZ'S REQUEST TO OPT-OUT OF EARLY ALTERNATIVE DISPUTE RESOLUTION** |
| **v.** | |
| **P. COVELLO, et al.,** | |
| Defendants. | Judge:      Honorable Jeremy D. Peterson<br>Trial:       Not yet set<br>Filed:       October 11, 2021 |

20          Defendant S. Hernandez has requested to opt out of the Court's post-screening Alternative

21   Dispute Resolution (ADR) because this is a medical deliberate indifference case and, after

22   reviewing the matter and conferring with a supervisor, defense counsel believes a settlement

23   conference would not be productive at this time. The Court GRANTS Defendant's request.

24   IT IS SO ORDERED.

25

26   Dated:    January 23, 2024          _____

27                                                      JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE

28